IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

R & L MERCHANDISING, LLC d/b/a Bella Ryan )
)
v. ) No. 3-12-1081
)
ALEX AND ANI, LLC d/b/a Alex and Ani )

O R D E R

The defendant's motion for leave to file opposition to plaintiff's motion for leave to amend the complaint (Docket Entry No. 27) is GRANTED.

The defendant filed its response (Docket Entry No. 23) to the plaintiff's motion to amend the complaint (Docket Entry No. 21).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge