IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| R & L MERCHANDISING, LLC d/b/a Bella Ryan | ) ) ) | No. 3-12-1081 |
| v. | ) ) | |
| ALEX AND ANI, LLC d/b/a Alex and Ani | ) ) ) | |

O R D E R

Pursuant to the order entered July 14, 2014 (Docket Entry No. 107), counsel for the parties called the Court on July 29, 2014, at which time they advised that they had reached a full settlement in this case.

By August 1, 2014, the parties shall file a stipulation of dismissal and proposed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the parties' stipulation of dismissal and proposed order of dismissal to be filed no later than August 1, 2014.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 27, 2014 (Docket Entry No. 91), the pretrial conference and trial were scheduled on March 23, 2015, and March 31, 2015, respectively.